Tomas Villatito KITAGAWA; Elenita Gregorio Kitagawa; Maria Kristina Kitagawa; Raymond Gregorio Kitagawa; Richard Gregorio Kitagawa, Petitioners,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 05–76455.

United States Court of Appeals, Ninth Circuit.

Submitted March 1, 2010.*

Submission deferred March 15, 2010.

Resubmitted April 29, 2011.

Filed April 29, 2011.

Jeremiah Johnson, Johnson & McDermed, LLP, Ben Loveman, Esquire, Reeves & Associates, San Francisco, CA, for Petitioners.

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Melissa Lynn Neiman–Kelting, Senior Litigation Counsel, OIL, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, D.C., for Respondent.

Before: HUG, REINHARDT, and BYBEE, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

ORDER

Respondent's unopposed motion to remand this matter to the Board of Immigration Appeals is granted.

Based upon the agreement of the parties, and pursuant to Appendix A(52) of the General Orders, the Court orders that petitioners' removal is stayed pending a Board decision in this matter.

As stated in the unopposed motion, the parties shall bear their own fees and costs.

This order served on the agency shall act as and for the mandate of this court.

**REMANDED.**